```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                                Case No. 09-cr-07-PB

**Carlos Santiago, Jr.**

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for March 3, 2009, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 3, 2009 to June 2, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 25, 2009 final pretrial conference is continued to May 20, 2009 at 2:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 13, 2009

cc: Adam Bernstein, Esq.
    Terry Ollila, Esq.
    United States Probation
    United States Marshal