```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                                                      Case No. 09-cr-07-PB

**Carlos Santiago, Jr.**

### O R D E R

The defendant has moved, through counsel, to continue the trial scheduled for August 18, 2009, citing the need for additional time to finalize a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 18, 2009 to October 6, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 27, 2009 final pretrial conference is continued to September 23, 2009 at 3:45 p.m.

No further continuances.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

July 27, 2009

cc: Adam Bernstein, Esq.
    Terry Ollila, Esq.
    United States Probation
    United States Marshal